David Schlesinger (AZ Bar 025224)
Schlesinger@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, M N 55402
Telephone (612) 256-3200
Facsimile (612) 215-6870

Matthew C. Helland (CA Bar 250451, admitted *pro hac vice*)
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile (415) 277-7238

*Attorneys for Plaintiffs*

D. Lewis Clark Jr. (No. 025968)
lew.clark@squiresanders.com
Laura Lawless Robertson (No. 023951)
laura.robertson@squiresanders.com
Alison E. Jarbo (No. 028765)
alison.jarbo@squiresanders.com
One East Washington Street, Suite 2700
Phoenix, Arizona  85004
+1 602 528 4000

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Eckholdt, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>imortgage.com, Inc.,<br><br>Defendant. | Case No. 2:14-cv-00426-DGC<br><br>**NOTICE OF SETTLEMENT** |

The parties, by and through their undersigned counsel, hereby give notice to the Court that they have reached a settlement. The parties will separately file a motion to

approve settlement, attaching a copy of the proposed settlement agreement, for the Court's review and approval.

The parties therefore request that the Court vacate the Case Management Conference currently scheduled for May 22, 2014 at 4:00 p.m.

Dated: May 16, 2014

Nichols Kaster, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

By: */s/ Laura Lawless Robertson for*
    Matthew Helland (w/ permission)

Attorneys for Plaintiffs

Squire Sanders (US) LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111

By: */s/ Laura Lawless Robertson*
    Laura Lawless Robertson

Attorneys for Defendant
imortgage.com, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Schlesinger
Schlesinger@nka.com
Tim C. Selander
selander@nka.com
Nichols Kaster, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Matthew C. Helland
helland@nka.com
Nichols Kaster, LLP
One Embarcadero Center
Suite 720
San Francisco, CA 9411
*Attorneys for Plaintiff*

/s/ Helen D. Bell

692470/1/PHOENIX