# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Eckholdt, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>iMortgage.com Incorporated,<br><br>Defendant. | No. CV14-0426 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **June 19, 2014** without further leave of Court.

Dated this 19th day of May, 2014.

_____
David G. Campbell
United States District Judge