# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Eckholdt, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>imortgage.com, Inc.,<br><br>Defendant. | Case No. CV14-00426-PHX DGC<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, AND FOR DISMISSAL OF THE LAWSUIT WITH PREJUDICE** |

This matter having come before the Court on the parties' Joint Motion for Approval of their Settlement Agreement, and for Dismissal of the Lawsuit With Prejudice. Doc. 22.

**IT IS ORDERED** that the parties' joint motion (Doc. 22) is **granted with prejudice**, each party to bear its own costs and attorneys' fees. The Settlement Agreement is a fair and reasonable resolution of the parties' dispute, and is therefore approved.

Dated this 10th day of June, 2014.

_____
David G. Campbell
United States District Judge